MARGARET CONKLIN-PETERS AND MICHAEL PETERS,

Appellants,

v.

WELLS FARGO BANK, N.A.,

Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-336

_____/

Opinion filed January 3, 2017.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

Margaret Conklin-Peters and Michael Peters, pro se, Appellants.

Kimberly S. Mello and Laura J. Bassini of Greenberg Traurig, P.A., Tampa; Michele L. Stocker, Greenberg Traurig, P.A., Fort Lauderdale, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.